RECEIVED
MAR 15 2022
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

FILE HERE
✓

Illinois DPT. OF Corrections
Administrative Review Board
Springfield, Illinois 62794

Regulations, For Sentence Credit Pursuant
730 ILCS 5/3-6-3
Covid-19 Sentence Credit

Defender: Gabriel L. William    IDOC# B84935
MSR 7/21/23; Currently At Illinois River Corr. Center,
Serving A 5 Year; 50 percent Sentence For
"possession of Weapon" - Stun Gun Taser.

TO Respectively Petition Above Department for Entitlement
Enforced by Legislation And Public Policy; 180 Days
Discretionary Good Conduct Credit.

Wherefore; due To the Co-vid 19 Safety Guidelines, MY Right
To Pursue Rehabilitive Programs, And MY Right to Be Provided
Adequate Recreational Priveleges HAS Become Non-Existent;

THEREFore, the undersigned. Pursuant to 735 ILCS 5/109-3,
State the Above And Before Mentioned is True
And correct To the Best of MY Knowledge And
Pursuit of Public Policy Reforms; And Legislation
Set Forth.

        Respective Submission For Entitlement;
            Gabriel L. Williams
Case # B84935

    Please File; And Send 3 Copies BACK P.O. Box 999, Canton IL
    And submit Copy To Above Address VIA FAX

Example