E-FILED
Monday, 04 April, 2022 01:09:17 PM
Clerk, U.S. District Court, ILCD

ASCAP MEMBER
WAxxx USA
Publishing

REPorteR For Publication

N.E. 2D

CASE # 1:22-CV-01078-SEM
GABriel L. WELLIAMS V. Illinois River//FDoc
                    Audit // Court Order

Gross PAY -$0
Home PAY -$0                              Control #15350094
A  Buiness        NO                      Approved BY office of Budget
B  Rent           NO                      And Mangement
C  Pension, Annuity, Life insurance No         Bond #519-06237
D  Disability     NO
E  Gifts, inheritances  No
F  ANY other Sources  YES
→  Amount in Checking oR SAving  #0

→  REQuest 1099 O.I.D. pre Filled (original issued discount) (Stocks, Bonds)
→  No dependants
→  ANY Debts or Financial oBligations? (#450) REQuest
"Court Cost For CASE # 1:22-CV-01078-SEM

Declaration: I declARE under Penalty of Perjury that the ABove
information is TRUE And Comprettend that FAlse Statement
MAY Result in Extra Fees. And. Court Cost.
                    REQuest of Discharge For Debt
I declARe that I HereBY Acknowledge; Therefore Am Entitled to
   Public PolicY 73-10; (House Joint Resolution 192)
Which States: The united STATES is Bankrupt; And Has Been
Since 1933; And AS A Bankrupt Citizen; I Am Entitled Discharge
For AnY Debt upon MY NAtural And Artificial corporate Person

                    GABriel L. Williams
                    C.A.G.E CodE O8YYO
                    DUNS# 080836517